**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHADWICK MULLINS,

                Plaintiff,

-vs-                                                    Case No. 3:16-cv-37-J-34JBT

EZCORP, INC., a foreign corporation,
d/b/a Value Pawn and Jewelry,

                Defendant.

_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 20; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on November 15, 2016. In the Report, Magistrate Judge Toomey recommends that this case be dismissed without prejudice for failure to prosecute. See Report at 1, 4. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

3. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

4. The Clerk of the Court is directed to provide copies of this Order to Plaintiff by U.S. Mail and email using the contact information below.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of December, 2016.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

Chadwick Mullins
7108 Sandy Grass Court
Raleigh, NC 27610
Chadwick.Mullins@yahoo.com